

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**3/24/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

kwis

## ORDER TO SHOW CAUSE RE DISMISSAL OF CASE OR IMPOSITION OF SANCTIONS

Case Number:   10-24297 - B - 7

Debtor Name(s) and Address(es):

Lawrence J. Gerrans
3528 Diablo Trail
El Dorado Hills, CA 95762

Shelly M. Gerrans
3528 Diablo Trail
El Dorado Hills, CA 95762

The court docket and file in the above case indicate that:

*The debtor(s) and/or debtor's(s') attorney failed to file, submit, and/or provide the following documents as required by Federal Rule of Bankruptcy Procedure 1007, Interim Bankruptcy Rule 1007, and/or Interim Bankruptcy Rule 4002:*

Attorney's Disclosure Stmt.
Means Test - Form 22A
Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Exempt Property
Schedule D - Secured Creditors
Schedule E - Unsecured Priority Creditor
Schedule F - Unsecured Nonpriority Creditor
Schedule G - Executory Contracts
Schedule H - Codebtors
Schedule I - Current Income
Schedule J - Current Expend.
Statement of Financial Affairs
Statistical Summary
Summary of Schedules

**THEREFORE,**

**IT IS ORDERED** that the debtor and, if represented, debtor's counsel appear before the Court on the following date, time and place:

**DATE & TIME:**   April 20, 2010 at 9:30 a.m.
**PLACE:**   U.S. Bankruptcy Court
Department B, Courtroom 32, 6th Floor
501 I Street
Sacramento, CA

and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to comply with the provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules of Practice and local requirements.

You may arrange to attend by telephone by contacting Court Call at 1-866-582-6878 at least twenty-four (24) hours prior to the hearing. Please note that Court Call is an independent service provider. A basic fee charge of $40 is collected for each telephonic appearance. Payment must be made by credit card or other method approved in advance by Court Call.

Dated:
3/24/10

For the Court,
Richard G. Heltzel , Clerk