FILED
April 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002541234

# United States Bankruptcy Court
### Eastern District of California

In re    **Lawrence J Gerrans,**
        **Shelly M Gerrans**

                                Debtors

Case No.    **10-24297**

Chapter           **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,694,500.00 | | |
| B - Personal Property | Yes | 3 | 18,900.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 4,350,668.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 187,040.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,044.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 36,539.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 1,713,400.00 | | |
| Total Liabilities | | | | 4,537,708.00 | |

# United States Bankruptcy Court
### Eastern District of California

In re    **Lawrence J Gerrans,**
        **Shelly M Gerrans**

Case No.   **10-24297**

Debtors    ,

Chapter        **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 8,044.00 |
| Average Expenses (from Schedule J, Line 18) | 36,539.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 15,400.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 1,972,542.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 187,040.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,159,582.00 |

In re **Lawrence J Gerrans,**
　　　**Shelly M Gerrans**

Case No. **10-24297**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3528 Diablo Trail**<br>**El Dorado Hills, CA. 95762**<br>**Primary Residence** | **Fee simple** | **C** | **849,500.00** | **2,193,314.00** |
| **3420 Diablo Trail**<br>**El Dorado Hills, CA. 95762**<br>**VACANT LOT** | | **C** | **403,500.00** | **Unknown** |
| **4026 Borders Dr.**<br>**El Dorado Hills, CA. 95762** | **Fee simple** | **C** | **441,500.00** | **887,427.00** |
| **Timeshare** | | **C** | **0.00** | **0.00** |

| | | |
|---|---|---|
| Sub-Total > | **1,694,500.00** | (Total of this page) |
| Total > | **1,694,500.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **Lawrence J Gerrans,**
         **Shelly M Gerrans**

Case No.   **10-24297**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash**<br>**Residence** | C | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account (H)**<br>**Chase** | C | 100.00 |
| | | **Checking account (W)**<br>**Wells Fargo** | C | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household furnishings**<br>**Residence** | C | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collectible books, pictures, DVD's, holiday decorations**<br>**Residence** | C | 300.00 |
| 6. Wearing apparel. | | **Clothing**<br>**Residence** | C | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **3,200.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re     **Lawrence J Gerrans,**                   Case No.     __**10-24297**__

          **Shelly M Gerrans**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                        Sub-Total >            **0.00**
                                                       (Total of this page)

Sheet  __**1**__  of  __**2**__  continuation sheets attached
to the Schedule of Personal Property

In re    **Lawrence J Gerrans,**             Case No.    **10-24297**
      **Shelly M Gerrans**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 BMW 740IL Residence | H | 3,000.00 |
| | | 2007 Chevy Suburban Residence | W | 12,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desk, printer, book shelves, filing cabinets Office | C | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 dogs | C | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 15,700.00 |
| Total > | 18,900.00 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Lawrence J Gerrans,**

     **Shelly M Gerrans**

                               Debtors

Case No.    **10-24297**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Residence** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account (H)** | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Chase** | | | |
| **Household Goods and Furnishings** | | | |
| **Household furnishings** | C.C.P. § 703.140(b)(3) | 2,500.00 | 2,500.00 |
| **Residence** | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Collectible books, pictures, DVD's, holiday decorations** | C.C.P. § 703.140(b)(5) | 300.00 | 300.00 |
| **Residence** | | | |
| **Wearing Apparel** | | | |
| **Clothing** | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Residence** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 BMW 740IL** | C.C.P. § 703.140(b)(5) | 3,000.00 | 3,000.00 |
| **Residence** | | | |
| **2007 Chevy Suburban** | C.C.P. § 703.140(b)(2) | 3,525.00 | 12,500.00 |
| **Residence** | C.C.P. § 703.140(b)(5) | 0.00 | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Desk, printer, book shelves, filing cabinets** | C.C.P. § 703.140(b)(6) | 200.00 | 200.00 |
| **Office** | | | |

| | | Total: | 9,925.00 | 18,900.00 |
|---|---|---|---|---|

   **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re   **Lawrence J Gerrans,**
       **Shelly M Gerrans**

Case No.    **10-24297**

             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0097-000990-14** <br><br> **BSI Financial Svc's** <br> **2728 North Harwood, 3rd Floor** <br> **Titusville, PA 16354** | | C | **Deed of Trust** <br><br> **3528 Diablo Trail** <br> **El Dorado Hills, CA. 95762** <br> **Primary Residence** <br><br> Value $      **849,500.00** | | | | 1,470,000.00 | 620,500.00 |
| Account No. <br><br> **Chase** <br> **7301 Bay Meadows Way** <br> **Jacksonville, FL 32256** | | C | **Deed of Trust** <br><br> **4026 Borders Dr.** <br> **El Dorado Hills, CA. 95762** <br><br> Value $      **441,500.00** | | | | 759,999.00 | 318,499.00 |
| Account No. **1563061619015** <br><br> **Chase** <br> **Po Box 1093** <br> **Northridge, CA 91328** | | C | **Opened 3/21/06 Last Active 5/07/09** <br><br> **ConventionalRealEstateMortgage** <br><br> Value $      **550,000.00** | | | | 725,703.00 | 175,703.00 |
| Account No. **1001000000000684549595** <br><br> **Chase** <br> **3990 S Babcock St** <br> **Melbourne, FL 32901** | | C | **Opened 3/21/06 Last Active 10/01/08** <br><br> **HomeEquityLineOfCredit** <br><br> Value $      **550,000.00** | | | | 116,786.00 | 0.00 |

**3**    continuation sheets attached

Subtotal <br> (Total of this page)

| | |
|---|---|
| 3,072,488.00 | 1,114,702.00 |

In re   **Lawrence J Gerrans,**                 Case No.   **10-24297**

        **Shelly M Gerrans**

                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. xxxxxxxxxx4000 | | | | | Opened 9/01/06 Last Active 1/21/10 | | | | | |
| Chase<br>201 N Walnut St # De1-10<br>Wilmington, DE 19801 | C | | | | Automobile | | | | | |
| | | | | | Value $      **Unknown** | | | | 7,529.00 | Unknown |
| Account No. | | | | | Auto loan | | | | | |
| Chase Auto Finance<br>P.O. Box 78067<br>Phoenix, AZ 85062-8067 | C | | | | 2007 Chevy Suburban<br>Residence | | | | | |
| | | | | | Value $      **12,500.00** | | | | 9,311.00 | 0.00 |
| Account No. | | | | | 2nd lien | | | | | |
| CTX Mortgage Company<br>2728 North Harwood, 3rd Floor<br>Dallas, TX 75201 | C | | | | 3528 Diablo Trail<br>El Dorado Hills, CA. 95762<br>Primary Residence | | | | | |
| | | | | | Value $      **849,500.00** | | | | 210,000.00 | 210,000.00 |
| Account No. 20070033121 | | | | | Deed of Trust | | | | | |
| Deubel Family Trust<br>PO Box 4257<br>El Dorado Hills, CA 95762 | C | | | | 3420 Diablo Trail<br>El Dorado Hills, CA. 95762<br>VACANT LOT | | | | | |
| | | | | | Value $      **403,500.00** | | | | 405,000.00 | 1,500.00 |
| Account No. | | | | | Property tax | | | | | |
| El Dorado County Tax Collector<br>360 Fair Lane<br>Placerville, CA 95667 | C | | | | 3528 Diablo Trail<br>El Dorado Hills, CA. 95762<br>Primary Residence | | | | | |
| | | | | | Value $      **849,500.00** | | | | 13,314.00 | 13,314.00 |

Sheet  **1**  of  **3**  continuation sheets attached to               Subtotal            | 645,154.00 | 224,814.00
Schedule of Creditors Holding Secured Claims            (Total of this page)

In re   **Lawrence J Gerrans,**                                 Case No.   **10-24297**
       **Shelly M Gerrans**

Debtors

<h1 align="center">SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS</h1>
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> El Dorado County Tax Collector <br> 360 Fair Lane <br> Placerville, CA 95667 | | C | Property tax <br><br> 3420 Diablo Trail <br> El Dorado Hills, CA. 95762 <br> VACANT LOT <br><br> Value $          403,500.00 | | | | 5,598.00 | 5,598.00 |
| Account No. <br><br> El Dorado County Tax Collector <br> 360 Fair Lane <br> Placerville, CA 95667 | | C | Property tax <br><br> 4026 Borders Dr. <br> El Dorado Hills, CA. 95762 <br><br> Value $          441,500.00 | | | | 8,581.00 | 8,581.00 |
| Account No. 684549595 <br><br> GC Services Limited Partnership <br> 6330 Gulfton <br> Houston, TX 77081 | | C | Deed of Trust <br><br> 4026 Borders Dr. <br> El Dorado Hills, CA. 95762 <br><br> Value $          441,500.00 | | | | 116,786.00 | 116,786.00 |
| Account No. 707142 <br><br> Marin Mortgage Bankers <br> 300 Drakes Landing Road, Suite 155 <br> Greenbrae, CA 94904 | | C | 3rd lien <br><br> 3528 Diablo Trail <br> El Dorado Hills, CA. 95762 <br> Primary Residence <br><br> Value $          849,500.00 | | | | 500,000.00 | 500,000.00 |
| Account No. 707142 <br><br> Marin Mortgage Brokers <br> 300 Drakes Landing Rd. #155 <br> Greenbrae, CA 94904 | | C | Cross-collateral 2nd lien <br><br> 3420 Diablo Trail <br> El Dorado Hills, CA. 95762 <br> VACANT LOT <br><br> Value $          403,500.00 | | | | Unknown | Unknown |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **630,965.00**       **630,965.00**

In re    **Lawrence J Gerrans,**
        **Shelly M Gerrans**

Case No.   **10-24297**

_____,
               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Serrano** | C | | HOA fees <br><br> **4026 Borders Dr.** <br> **El Dorado Hills, CA. 95762** <br><br> Value $       **441,500.00** | | | | 2,061.00 | 2,061.00 |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |

Sheet  **3**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | 2,061.00 | 2,061.00 |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 4,350,668.00 | 1,972,542.00 |

In re    **Lawrence J Gerrans,**                                                      Case No.    **10-24297**
              **Shelly M Gerrans**

                                               Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

In re  **Lawrence J Gerrans,**
    **Shelly M Gerrans**

Case No.   **10-24297**

                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxxx5655<br><br>Allgate Financial Llc (Original Cre<br>707 Skokie Blvd Ste 375<br>Northbrook, IL 60062 | | W | | | Opened 10/27/09<br>FactoringCompanyAccount Chase Bank Usa Na | | | | 6,652.00 |
| Account No. xx1758<br><br>Bridgeport Financial (Original Cred<br>1111 Willow St Fl 2<br>San Jose, CA 95125 | | W | | | Opened 7/01/08 Last Active 1/01/08<br>MedicalDebt Urgent Care Center Of Folsom | | | | 243.00 |
| Account No. xxxxxxxxxxx7930<br><br>Cbassociates (Original Creditor:Med<br>P. O Box 150 460 Union Ave. Sui<br>Fairfield, CA 94533 | | W | | | Opened 8/01/08 Last Active 9/01/08<br>MedicalDebt Medical | | | | 200.00 |
| Account No. xxxxxxx0662<br><br>Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | | H | | | Opened 10/09/06 Last Active 5/15/08<br>CreditCard | | | | 9,867.00 |
|   **6**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 16,962.00 |

In re **Lawrence J Gerrans,** Case No. **10-24297**
  **Shelly M Gerrans**

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx0739** | | | | Opened 12/12/07 Last Active 2/24/09 Unsecured | | | | |
| **Citibankna** **1000 Technology Dr** **O Fallon, MO 63368** | | H | | | | | | |
| | | | | | | | | 14,358.00 |
| Account No. **xxxxxxxxxxxx4677** | | | | Opened 7/18/08 Last Active 9/01/08 Collection Emergency Group Of Folsom | | | | |
| **Cmre Financial Svcs In (Original Cr** **3075 E Imperial Hwy Ste** **Brea, CA 92821** | | H | | | | | | |
| | | | | | | | | 108.00 |
| Account No. **xxxxxxxxxxx7930** | | | | Opened 8/13/08 Collection Med 7 Urgent Care | | | | |
| **Credit Bureau Associat (Original Cr** **460 Union Ave** **Fairfield, CA 94533** | | W | | | | | | |
| | | | | | | | | 200.00 |
| Account No. **xxxx5781** | | | | Opened 9/10/08 Last Active 11/01/07 Collection Comcast Sacramento | | | | |
| **Credit Management Lp (Original Cred** **4200 International Pkwy** **Carrollton, TX 75007** | | W | | | | | | |
| | | | | | | | | 179.00 |
| Account No. **xxxxxxx8440** | | | | Opened 10/06/06 Last Active 8/25/08 CreditCard | | | | |
| **Discover Fin Svcs Llc** **Po Box 15316** **Wilmington, DE 19850** | | H | | | | | | |
| | | | | | | | | 24,231.00 |

Sheet no. **1** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,076.00

In re **Lawrence J Gerrans,**
　　　**Shelly M Gerrans**

Case No. __10-24297__

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx0083 <br><br> Discover Fin Svcs Llc <br> Po Box 15316 <br> Wilmington, DE 19850 | | W | | Opened 4/13/03 Last Active 8/25/08 <br> CreditCard | | | | 11,020.00 |
| Account No. xxxxxxxx3023 <br><br> Discover Fin Svcs Llc <br> Po Box 15316 <br> Wilmington, DE 19850 | | W | | Opened 11/26/99 Last Active 8/25/08 <br> CreditCard | | | | 3,324.00 |
| Account No. xxxx9716 <br><br> E.R Soulution (Original Creditor:Ba <br> Po Box 97029 <br> Redmond, WA 98073-9729 | | W | | Opened 10/10/09 Last Active 3/01/10 <br> Collection Bank Of America | | | | 170.00 |
| Account No. xxx1667 <br><br> Eaf Llc (Original Creditor:08 Chase <br> 1120 West Lake Co Suite B <br> Buffalo Grove, IL 60089 | | H | | Opened 1/01/09 Last Active 2/01/10 <br> FactoringCompanyAccount 08 Chase Bank <br> Usa N A | | | | 18,142.00 |
| Account No. xxxx5598 <br><br> Escallate Llc (Original Creditor:Te <br> 5200 Stoneham Rd <br> North Canton, OH 44720 | | W | | Opened 12/17/09 Last Active 2/01/10 <br> Collection Terence Degan Md | | | | 90.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,746.00

In re **Lawrence J Gerrans,** Case No. **10-24297**
     **Shelly M Gerrans**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx8083**<br><br>**Grant & Weber (Original Creditor:Me**<br>**26575 West Agoura Road**<br>**Calabasas, CA 91302** | | W | | **Opened 9/12/08**<br>**Collection Mercy Folsom Hospital** | | | | 1,801.00 |
| Account No. **xxxxx2441**<br><br>**Grant & Weber (Original Creditor:Me**<br>**26575 West Agoura Road**<br>**Calabasas, CA 91302** | | W | | **Opened 10/22/09 Last Active 2/01/10**<br>**Collection Mercy Folsom Hospital** | | | | 531.00 |
| Account No. **xxxxx2956**<br><br>**Grant & Weber (Original Creditor:Me**<br>**26575 West Agoura Road**<br>**Calabasas, CA 91302** | | W | | **Opened 10/29/09 Last Active 2/01/10**<br>**Collection Mercy Folsom Hospital** | | | | 150.00 |
| Account No. **xxxxx2439**<br><br>**Grant & Weber (Original Creditor:Me**<br>**26575 West Agoura Road**<br>**Calabasas, CA 91302** | | W | | **Opened 10/22/09 Last Active 2/01/10**<br>**Collection Mercy Folsom Hospital** | | | | 100.00 |
| Account No. **xxxxxx-xxxxxx5953**<br><br>**Hsbc/Bstby**<br>**1405 Foulk Road**<br>**Wilmington, DE 19808** | | H | | **Opened 12/01/07 Last Active 6/01/08**<br>**ChargeAccount** | | | | 3,124.00 |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         5,706.00

In re **Lawrence J Gerrans,**
    **Shelly M Gerrans**

Case No. _____**10-24297**_____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5001** <br><br> **I C System Inc (Original Creditor:C** <br> **Po Box 64378** <br> **Saint Paul, MN 55164** | | H | | Opened 8/19/09 Last Active 10/01/09 <br> **Collection Cameron Park Vet Hosp** | | | | 252.00 |
| Account No. **xxxxxxxx2711** <br><br> **Lvnv Funding** <br> **P.O. B  10584** <br> **Greenville, SC 29603** | | W | | Opened 12/01/08  Last Active 12/01/07 <br> **FactoringCompanyAccount** | | | | 3,267.00 |
| Account No. **xxxxxxxx7589** <br><br> **Lvnv Funding** <br> **P.O. B  10584** <br> **Greenville, SC 29603** | | W | | Opened 1/01/09  Last Active 12/01/07 <br> **FactoringCompanyAccount** | | | | 1,036.00 |
| Account No. **xxxxxxxxx7120** <br><br> **Macysdsnb** <br> **911 Duke Blvd** <br> **Mason, OH 45040** | | W | | Opened 9/08/04  Last Active 7/01/08 <br> **ChargeAccount** | | | | 3,814.00 |
| Account No. **xxxx2254** <br><br> **Mutual Management (Original Credito** <br> **401 E State St** <br> **Rockford, IL 61104** | | H | | Opened 6/02/09  Last Active 8/01/09 <br> **Collection 4 Md Urgent Care  4mduc** | | | | 80.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,449.00

In re   **Lawrence J Gerrans,**                    Case No.   **10-24297**
       **Shelly M Gerrans**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx0471 <br><br> **National Business Fact (Original Cr** <br> **969 Mica Dr** <br> **Carson City, NV 89705** | | W | | Opened 12/08/08 Last Active 4/01/09 <br> Collection Gastroenterology Medical Cl | | | | 169.00 |
| Account No. xx5809 <br><br> **Northern California Co (Original Cr** <br> **700 Leisure Ln** <br> **Sacramento, CA 95815** | | H | | Opened 11/16/09 Last Active 3/01/10 <br> Collection Knox Lemmon Anapolsky Schri | | | | 5,742.00 |
| Account No. xxxxxxxxxxx8019 <br><br> **Rash/Curtis & Associat (Original Cr** <br> **190 S Orchard Ave Ste 25** <br> **Vacaville, CA 95688** | | H | | Opened 3/02/09 Last Active 4/01/09 <br> Collection Marshall Medical Center | | | | 106.00 |
| Account No. xxxxxxxxxxxx0501 <br><br> **Rash/Curtis & Associat (Original Cr** <br> **190 S Orchard Ave Ste 25** <br> **Vacaville, CA 95688** | | W | | Opened 5/26/09 Last Active 7/01/09 <br> Collection Marshall Medical Center | | | | 80.00 |
| Account No. xxxxxxxxxxxx6507 <br><br> **S F Police Credit Unio** <br> **2550 Irving St** <br> **San Francisco, CA 94122** | | C | | Opened 12/04/01 Last Active 12/01/09 <br> CreditCard | | | | 23,334.00 |

Sheet no.  **5**  of  **6**  sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)    **29,431.00**

In re    **Lawrence J Gerrans,**
        **Shelly M Gerrans**

Case No.   **10-24297**

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx4943** | | | Opened 2/29/08 | | | | |
| **Thd/Cbsd**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | W | **Unsecured** | | | | 26,554.00 |
| Account No. **xxxxxxxxxxx4943** | | | Opened 2/01/08 Last Active 10/01/08 | | | | |
| **Thd/Cbsd**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | W | **Unsecured** | | | | 26,554.00 |
| Account No. **xxxxxxxxxx0001** | | | Opened 6/26/08 Last Active 11/01/08 | | | | |
| **Verizon Wireless**<br>**15900 Se Eastgate Way**<br>**Bellevue, WA 98008** | | H | **Other** | | | | 876.00 |
| Account No. **xxxxxxxxxx0001** | | | Opened 3/20/06 Last Active 11/01/08 | | | | |
| **Verizon Wireless**<br>**15900 Se Eastgate Way**<br>**Bellevue, WA 98008** | | W | **Other** | | | | 686.00 |
| Account No. | | | | | | | |

Sheet no.  **6**  of  **6**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 54,670.00 |
| Total (Report on Summary of Schedules) | 187,040.00 |

In re  **Lawrence J Gerrans,**  Case No. __**10-24297**__

**Shelly M Gerrans**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

___0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re     **Lawrence J Gerrans,**                      Case No.    __**10-24297**__

                **Shelly M Gerrans**

                                   Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

 

**0**    ____ continuation sheets attached to Schedule of Codebtors

In re **Lawrence J Gerrans**
**Shelly M Gerrans**
Debtor(s)

Case No. **10-24297**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** **Daughter** **Daughter** | AGE(S): **18** **4** **6** **8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | |
| Name of Employer | **Sorin Grove** | **Homemaker** |
| How long employed | **21 months** | |
| Address of Employer | **14401 W. 65th Way** **Arvada, CO 80004-3599** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **15,400.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **15,400.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **4,417.00** | $ | **0.00** |
|    b. Insurance | $ | **804.00** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): **401(k), tax levy's, credit card levy's** | $ | **2,135.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **7,356.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **8,044.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **8,044.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **8,044.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Debtor expects a significant decrease in income as Debtor's employer, Sorin Group, has now assigned Debtor to new sales territory.  This territory is Sorin Group's coompetitors's number one producing territory dating back 35 year.  Sorin Group also expects Debtor to earn 100% commission with no draw.**

In re  **Lawrence J Gerrans**
       **Shelly M Gerrans**                                    Case No.  **10-24297**
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 10,000.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 92.00 |
| b. Water and sewer | $ | 53.00 |
| c. Telephone | $ | 665.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 235.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 85.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 1,500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 500.00 |
| 10. Charitable contributions | $ | 15.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 392.00 |
| b. Life | $ | 209.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 359.00 |
| e. Other  **AAA Roadside protection** | $ | 175.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 981.00 |
| b. Other  **See Detailed Expense Attachment** | $ | 16,530.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 600.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 2,098.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 36,539.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 8,044.00 |
| b. Average monthly expenses from Line 18 above | $ | 36,539.00 |
| c. Monthly net income (a. minus b.) | $ | -28,495.00 |

In re   **Lawrence J Gerrans**
       **Shelly M Gerrans**
                Debtor(s)
             Case No.   **10-24297**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable | $ | 128.00 |
| Internet | $ | 80.00 |
| Security alarm | $ | 27.00 |
| **Total Other Utility Expenditures** | $ | 235.00 |

**Other Installment Payments:**

| | | |
|---|---|---|
| 2nd lien on 3528 Diablo | $ | 1,500.00 |
| 3rd lien on 3528 Diablo | $ | 6,000.00 |
| Prop. tax on 3528 Diablo | $ | 1,100.00 |
| 1st DOT on 3420 Diablo | $ | 2,363.00 |
| Prop tax on 3420 Diablo | $ | 467.00 |
| 1st DOT on 4026 Borders | $ | 2,293.00 |
| 2nd lien on 4026 Borders | $ | 1,152.00 |
| Prop tax on 4026 Borders | $ | 715.00 |
| HOA fees on 4026 Borders | $ | 515.00 |
| Timeshare | $ | 425.00 |
| **Total Other Installment Payments** | $ | 16,530.00 |

**Other Expenditures:**

| | | |
|---|---|---|
| Education to maintain employment | $ | 300.00 |
| Childcare | $ | 400.00 |
| Educational expense for children | $ | 1,398.00 |
| **Total Other Expenditures** | $ | 2,098.00 |

# United States Bankruptcy Court
## Eastern District of California

In re   **Lawrence J Gerrans**
      **Shelly M Gerrans**                             Case No.   **10-24297**

                                     Debtor(s)        Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 6, 2010**              Signature   **/s/ Lawrence J Gerrans**
                                                   **Lawrence J Gerrans**
                                                   Debtor

Date   **April 6, 2010**              Signature   **/s/ Shelly M Gerrans**
                                                   **Shelly M Gerrans**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com